# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**MARY BARBER,** *obo B.L.B.*                                                                          **PLAINTIFF**

**v.**                                        **No. 3:10CV00205 JLH/JTK**

**MICHAEL J. ASTRUE, Commissioner,**
**Social Security Administration**                                                                     **DEFENDANT**

## ORDER

Before the Court is the parties' Agreed Motion To Reverse and Remand to the Commissioner (Defendant) for further administrative proceedings before an Administrative Law Judge (ALJ). The Commissioner will remand this case to an ALJ to examine the new evidence Plaintiff submitted to the Agency after the ALJ's decision, and issue a new decision.

Upon examination of the merits of this case, it is hereby ORDERED that this Motion be granted and this case be reversed and remanded to the Commissioner for further administrative action pursuant to sentence 4 of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

IT IS SO ORDERED this 1st day of February, 2011.

_____
UNITED STATES DISTRICT JUDGE