IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**MARY BARBER,** *obo B.L.B.* **PLAINTIFF**

**v.**                       **No. 3:10CV00205 JLH/JTK**

**MICHAEL J. ASTRUE, Commissioner,**
**Social Security Administration**                       **DEFENDANT**

## RULE 58 JUDGMENT

IT IS ORDERED, ADJUDGED AND DECREED that this case be reversed and remanded to the Defendant for further administrative action pursuant to sentence four (4) of §205(g) of the Social Security Act, 42 U.S.C. §405(g). *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

IT IS SO ORDERED this 1st day of February, 2011.

_____
UNITED STATES DISTRICT JUDGE