**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

MARY BARBER, o/b/o BLB                                                                                       PLAINTIFF

v.                                         No. 3:10CV00205 JLH/JTK

MICHAEL J. ASTRUE, Commissioner,
Social Security Administration                                                                            DEFENDANT

## ORDER

The attorneys for Mary Barber have filed a motion for an award of attorneys' fees pursuant to the Equal Access to Justice Act. The Commissioner of the Social Security Administration has responded and stated that he does not object. Therefore, the motion for an award of attorneys' fees is GRANTED. Document #17. Attorneys' fees are awarded in the total amount of $2,772.75.

IT IS SO ORDERED this 10th day of March, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE